# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ERIC O'NEAL SELDERS

NO.  2019 CW 0415

**AUG 2 0 2019**

---

In Re:  Eric O'Neal Selders, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 1400145.

---

**BEFORE:  McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT GRANTED WITH ORDER.**  This matter is remanded to the trial court with instructions to set it for a hearing so that the plaintiff, State of Louisiana, can show cause why the motion for the release of property filed by defendant, Eric O'Neal Selders, should not be granted. Further, if defendant is incarcerated, he shall be transported for the hearing.

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT